UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA ROBINSON o/b/o
JEREL ROBINSON

                Plaintiff,

v.                                                     Case No. 8:05-cv-230-T-MSS

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____/

## ORDER

THIS CAUSE comes on for consideration of Defendants's Unopposed Motion for Entry of Judgment with Remand (Dkt. 10). Defendant moves this Court to remand the above-styled case to the Commissioner of Social Security (the "Commissioner") for further action under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3).

Upon consideration of Defendant's Motion, and the grounds urged in support thereof, it is **ORDERED** that:

1.     The decision of the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is hereby **REMANDED** to the Commissioner for the following reasons:

    a.     The Commissioner will direct the Administrative Law Judge (the "ALJ") to further consider the treating, examining and nonexamining medical source opinions in the record and explain the weight given such opinion evidence;

    b.    The Commissioner will direct the ALJ to further evaluate Plaintiff's mental impairments in accordance with 20 CFR § 404.1520a (2005); and,

    c.    As appropriate, the ALJ will further consider Plaintiff's maximum physical and mental residual functional capacity, and if warranted, will obtain vocational expert testimony to clarify the effect of the assessed limitations on Plaintiff's occupational base.

2.    The Clerk is hereby **DIRECTED** to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure;

**DONE and ORDERED** in Tampa, Florida this 24th day of August 2005.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record