UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA ROBINSON o/b/o
JEREL ROBINSON,

        Plaintiff,

v.                              Case No. 8:05-cv-230-T-MSS

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of Plaintiff's Uncontested Motion for Attorney's Fees (Dkt. 13). Plaintiff requests an award of attorney's fees in the amount of $2,692.56 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant has no objection to the requested payment.

Upon review of Plaintiff's motion, the Undersigned finds that the attorney's fees and costs requested are reasonable and justified. Accordingly, Plaintiff's Uncontested Motion for Attorney's Fees (Dkt. 13) is **GRANTED**, and Plaintiff is awarded attorney's fees in the amount of $2,692.56.

DONE and ORDERED in Tampa, Florida this 15th day of March 2006.

                                        MARY S. SCRIVEN
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record